THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LESLIE POHL, Appellant, et al., Defendants.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of the crime of murder, first degree, with recommendation of life imprisonment.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

■

MARY A. DOYLE, as Executrix of SOPHIA LETTERMAN, Deceased, Appellant, v. KATHRYN DUSSING, Respondent. — Orders affirmed, with $10 costs and disbursements. All concur. (Appeal from two orders [1] denying plaintiff's cross motion to strike from the moving papers all reference to the original complaint and cancellation of the notice of pendency thereunder, and granting defendant's motion for cancellation of notice of pendency; and [2] striking out parts of plaintiff's amended complaint.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM TERRA and JOSEPH TERRA, Appellants. — Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendants of violation of subdivision 1-a of section 1897 of the Penal Law for the wrongful possession of a machine gun.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

MARIE A. LA PLANTE, as Administratrix of the Estate of JOSEPH LA PLANTE, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 28890.) — Judgment affirmed, without costs of this appeal to either party. All concur, except McCurn and Wheeler, JJ., who dissent and vote for reversal and for granting a new trial on the ground that the finding that plaintiff's intestate was guilty of contributory negligence is against the weight of evidence. (Appeal from a judgment dismissing a claim for negligent operation of a snowplow.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [200 Misc. 396.]